```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                       HOUSTON DIVISION
```

JENNIFER NEALY,                §
                               §
      Plaintiff,         §
                               §
v.                             §    CIVIL ACTION NO. H-04-3287
                               §
PATTERSON DENTAL SUPPLY, INC.  §
                               §
      Defendant.         §

## FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Jennifer Nealy shall take nothing against Defendant Patterson Dental Supply, Inc., and this case is DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 22nd day of November, 2005.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE